**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SENADA H.,**

                    Plaintiff,           6:21-cv-102
                                                    (GLS/DEP)
        v.

**COMMISSIONER OF SOCIAL**
**SECURITY,**

                    Defendant.

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Office of Peter W. Antonowicz        PETER W. ANTONOWICZ, ESQ.
148 West Dominick Street
Rome, NY 13440

**FOR THE DEFENDANT:**
HON. CARLA B. FREEDMAN          NATASHA OELTJEN
United States Attorney                  Special Assistant U.S. Attorney
100 South Clinton Street
Syracuse, NY 13261

Anatoly Shnaider
Regional Chief Counsel
Office of Regional Counsel, Region 1
625 JFK Building
15 New Sudbury Street
Boston, MA 02203

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

      The above-captioned matter comes to this court following a Report and

Recommendation (R&R) by Magistrate Judge David E. Peebles, duly filed

June 21, 2022 (Dkt. No. 21.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 21) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that defendant's motion for judgment on the pleadings (Dkt. No. 19) is **GRANTED**; and it is further

**ORDERED** that plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is **DENIED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

July 15, 2022
Albany, New York

Gary L. Sharpe
Gary L. Sharpe
U.S. District Judge